IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KARA LYONS, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>UTAH COMMUNITY FEDERAL CREDIT UNION,<br><br>Defendant. | **ORDER OF DISMISSAL**<br><br><br>Case No. 4:19-cv-00003-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulation and Joint Motion for Dismissal With Prejudice ("Joint Motion"),[1] pursuant to Fed. R. Civ. P. 41(a), and for good cause appearing,

IT IS HEREBY ORDERED that the parties' Joint Motion[2] is GRANTED. Plaintiff's claims against Defendant are DISMISSED with prejudice. The putative class's claims against Defendant are DISMISSED without prejudice. Each party shall bear its own attorneys' fees and costs.

The Clerk is directed to close the case.

Signed this 14th day of May, 2019.

BY THE COURT:

_David Nuffer_
David Nuffer
United States District Judge

---

[1] Docket no. 23, filed May 14, 2019.

[2] *Id*.